tion by Charles B. Steuerwald, as agent, etc., against William Fox and another. No opinion. Final order of the Municipal Court reversed on argument, and new trial ordered, with costs to abide the event.

STEWART, Respondent, v. STEWART, Appellant. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Emma B. Stewart against William J. Stewart. H. C. Kayser, for appellant. E. F. Stern, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SULLIVAN, Appellant, v. MERCANTILE NAT. BANK OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 22, 1908.) Action by Jeremiah J. Sullivan against the Mercantile National Bank of New York. H. D. Cohen, for appellant. W. V. Rowe, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SWAN, Respondent, v. WARNER, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) Action by Ira P. Swan, as administrator, etc., of William E. Swan, deceased, against James Harold Warner. No opinion. Judgment and order unanimously affirmed, with costs.

SWAN, Respondent, v. WARNER, Appellant. (Supreme Court, Appellate Division, Third Department. May 22, 1908.) Action by Ira P. Swan, as administrator, etc., of William E. Swan, deceased, against James Harold Warner. No opinion. Motion denied.

SWAYZE v. NEW YORK & OHIO COAL CO. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Wilbur F. Swayze against the New York & Ohio Coal Company. No opinion. Motion granted. Order to be submitted.

TANNENBAUM, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Minnie R. Tannenbaum against the city of New York. H. L. Mansfield, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

TEMPLE, Appellant, v. DEGNON–McLEAN CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by William H. Temple against the Degnon-McLean Contracting Company. P. Mitchell, for appellant. C. A. Baker, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TENCH v. SAN PEDRO GOLD MINING CO. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Frederick Tench against the San Pedro Gold Mining Company. From an order granting defend-

ant's motion to vacate warrants of attachment, plaintiff appeals. Reversed, and amount specified in the attachment reduced. William L. Wemple, for appellant. Horace E. Parker, for respondent.

PER CURIAM. The order should be reversed, and the amount specified in the attachment reduced to $579.74. No costs in this court to either party.

In re TEPLITZ. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) In the matter of the application of A. Charles Teplitz for admission to the bar. No opinion. Application granted.

THOMPSON, Respondent, v. HUDSON BUILDING, Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Bessie G. Thompson against the Hudson Building. F. X. Sullivan, for appellant. W. H. Black, for respondent. No opinion. Order affirmed, without costs. Order filed.

THOMPSON, Respondent, v. SHAW, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by William J. Thompson against Archibald W. Shaw. No opinion. Order affirmed, with $10 costs and disbursements.

T. H. SIMONSON & CO., Appellant, v. STERNBERG et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by T. H. Simonson & Co. against John C. M. Sternberg and others. No opinion. Judgment affirmed, with costs.

TILLMAN v. RAYNER. (Supreme Court, Appellate Division, Third Department. May 22, 1908.) Action by Martin Tillman against Willis A. Rayner, as executor, etc., of Andrew E. Rayner, deceased. No opinion. Motion denied.

TISCIONS v. BROOKLYN HEIGHTS R. CO. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Giovanbatistta Tiscions against the Brooklyn Heights Railroad Company. No opinion. Motion granted, with $10 costs. Order filed.

TOOKER, Respondent, v. SIEGEL–COOPER CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. May 8, 1908.) Action by Emeline F. Tooker against the Siegel-Cooper Company, impleaded with others. B. G. Paskus, for appellant. R. M. Moore, for respondent. No opinion. Judgment affirmed, with costs, on the opinion (55 Misc. Rep. 68, 106 N. Y. Supp. 277) of Leventritt, J., at Special Term. Order filed.

TOWER, Respondent, v. TOWER, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Mary B. Tower against Albert E. Tower. No opinion. Order affirmed, with $10 costs and disbursements.